NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NINGDE AMPEREX TECHNOLOGY LTD.,**
*Plaintiff-Cross-Appellant*

**v.**

**ZHUHAI COSMX BATTERY CO., LTD.,**
*Defendant-Appellant*

---

2025-1037, 2025-1091

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:22-cv-00232-JRG, Judge J. Rodney Gilstrap.

---

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeals are dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

June 9, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE: JUNE 9, 2026**